McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00831-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 6426 FUEGO WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0500-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 7625 MEADOWSTONE DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0200-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 9543 TARBERT DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED 1165 QUAIL OAKS ROAD, VALLEY |
| 2 | SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 046-033-010-000, |
| 3 | INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 4 | |
| 5 | REAL PROPERTY LOCATED 7960 TIERRA GLEN WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO |
| 6 | COUNTY, APN: 043-0255-024-0000, INCLUDING ALL APPURTENANCES |
| 7 | AND IMPROVEMENTS THERETO, |
| 8 | Defendants. |

The United States and Claimants Shao Yan Chen, Zhaohuan Wang, Yong Chen, Chunguang Ni, LC Equity Group, Inc., Peggy Christensen, First Life, LLC, Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000, through their respective counsel, and Susan S. Gallant, Trustee for the Silverwood Family Trust, Lori Olin and Tamra Olin, appearing *pro per*, hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM, and ongoing criminal investigation into marijuana grows at the defendant properties.

1. This is a forfeiture *in rem* action against six properties pursuant to 21 U.S.C. § 881(a)(7) because they allegedly were used and intended to be used to commit or facilitate violations of federal drug laws:

  a. Real Property located at 5420 Acme Avenue in Sacramento, California, the "*Defendant Acme Avenue.*" Lori Olin and Tamra Olin filed a claim asserting a lienholder interest in defendant Acme Avenue. No other party has filed a claim asserting an interest in defendant Acme Avenue.

  b. Real Property located at 6426 Fuego Way in Elk Grove, California, the "*Defendant Fuego Way.*" Yong Chen has filed a claim asserting an ownership interest in defendant Fuego Way. Susan S. Gallant, Trustee for the Silverwood Family Trust, filed a claim asserting a lienholder interest in defendant Fuego Way.

  c. Real Property located at 7625 Meadowstone Drive in Sacramento, California, the "*Defendant Meadowstone Drive.*" Shao Yan Chen has filed a claim asserting an

ownership interest in defendant Meadowstone Drive. LC Equity Group, Inc. filed a claim asserting a lienholder interest in defendant Meadowstone Drive.

    d. Real Property located at 9543 Tarbert Drive in Elk Grove, California, the "*Defendant Tarbert Drive.*" Zhaohuan Wang has filed a claim asserting an ownership interest in defendant Tarbert Drive. Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000 filed claims asserting a lienholder interest in defendant Tarbert Drive.

    e. Real Property located at 1165 Quail Oaks Road in Valley Springs, California, the "*Defendant Quail Oaks Road.*" Peggy Christensen filed a claim asserting a lienholder interest in defendant Quail Oaks Road. No other party has filed a claim asserting an interest in defendant Quail Oaks Road.

    f. Real Property located at 7960 Tierra Glen Way in Sacramento, California, the "*Defendant Tierra Glen Way.*" Chunguang Ni has filed a claim asserting an ownership interest in defendant Tierra Glen Way. First Life, LLC filed a claim asserting a lienholder interest in defendant Tierra Glen Way.

3. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

4. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in two related cases, <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM, and the investigation continues concerning the marijuana grows at the defendant properties. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating

3

themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

5. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration ("DEA"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

6. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

7. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated: 7/26/2018          McGREGOR W. SCOTT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/27/18          /s/ J. Patrick McCarthy
J. PATRICK McCARTHY
Attorney for Claimants Zhaohuan Wang, Tri Dung Hoang, Yong Chen, First Life, LLC (Authorized by email)

Dated: 8/1/18          /s/ Larissa A. Branes
LARISSA A. BRANES
Attorney for Claimants Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000 (Authorized by email)

Dated: 7/27/18          /s/ Richard J. Reynolds
RICHARD J. REYNOLDS
Attorney for LC Equity Group, Inc.
(Signature retained by attorney)

| | | |
|---|---|---|
| Dated: 7/31/18 | | /s/ Samuel D. Berns |
| | | SAMUEL D. BERNS |
| | | Attorney for Claimant Chunguang Ni |
| | | (Signature retained by attorney) |

Dated: 7/31/18 /s/ Terry Hunt
TERRY R. HUNT
Attorney for Claimant Shao Yan Chen
(Signature retained by attorney)

Dated: 7/27/18 /s/ Edward T. Weber
EDWARD THOMAS WEBER
Attorney for Claimant Peggy Christensen
(Signature retained by attorney)

Dated: 7/31/18 /s/ Susan S. Gallant
SUSAN S. GALLANT, Trustee for the
Silverwood Family Trust
Pro Per Claimant
(Signature retained by attorney)

Dated: 7/31/18 /s/ Tamra Olin
TAMRA OLIN
Pro Per Claimant
(Signature retained by attorney)

Dated: 7/31/18 /s/ Lori Olin
LORI OLIN
Pro Per Claimant
(Signature retained by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018

_____
UNITED STATES DISTRICT JUDGE