Lori Olin and Tamra Olin
P.O. Box 12186
Zephyr Cove, NV 89448
Telephone: 805-748-8854

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | 2:18-CV-00831-KJM-CKD |
|---|---|
| Plaintiff, | STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDERS, LORI J. OLIN TRUSTEE OF THE LORI J. OLIN IRREVOCABLE TRUST, DATED APRIL 19, 1994, AND TARMA R. OLIN |
| v. | |
| REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENCES AND IMPROVEMENTS THERETO, ET AL., | TRIAL DATE:　　　　NONE SET |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between claimants, Lori J. Olin, Trustee of the Lori J. Olin Irrevocable Trust, dated April 19, 1994, and Tamra R. Olin, a single woman ("Claimants"), and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1.　　Claimants asserted a lienholder interest in the defendant property located at 5420 Acme Avenue, Sacramento, CA, APN: 226-0080-019-0000 ("Defendant Acme Avenue").

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDERS

2. The loan has since been satisfied and Claimants no longer have an interest in the Defendant Acme Avenue property.

3. Accordingly, Claimants hereby withdraw their claim filed May 25, 2018 [Dk. 15] in the above-captioned case with respect to the Defendant Acme Avenue property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Acme Avenue is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: November 1, 2018

                               By: /s/ Lori J. Olin
                                        LORI J. OLIN, TRUSTEE

                               By: /s/ Tamra R. Olin
                                        TAMRA R. OLIN

                                   (Signatures retained by AUSA Khasigian)

Date: November 7, 2018         McGREGOR W. SCOTT
                                           United States Attorney

                               By: /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDERS

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim by Lori J. Olin, Trustee of the Lori J. Olin Irrevocable Trust, dated April 19, 1994, and Tamra R. Olin, a single woman ("the Stipulation") by Claimants, Lori J. Olin, Trustee of the Lori J. Olin Irrevocable Trust, dated April 19, 1994, and Tamra R. Olin, a single woman ("Claimants"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimants' claim filed May 25, 2018 [Dk. 15] in the above-captioned case is hereby deemed withdrawn.

3. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: November 7, 2018.

_____
UNITED STATES DISTRICT JUDGE