| | |
|---|---|
| 1<br>2<br>3<br>4 | McGREGOR W. SCOTT<br>United States Attorney<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00831-KJM-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 5420 ACME AVE, SACRAMENTO, CA |

Pursuant to the Stipulation for Final Judgment of Forfeiture Re Real Property Located at 5420 Acme Ave, Sacramento, CA, the Court finds:

1. This is a civil forfeiture action against six real properties, one of which is the real property located at 5420 Acme Avenue, Sacramento, California, Sacramento County, APN: 226-0080-019-0000, ("defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 6, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3. On July 24, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

1

4. Beginning on May 17, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 15, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

    a. John Youmin Li,
    b. Tamra Rose Olin and Lori J. Olin, and
    c. City of Sacramento.

6. Claimants Tamra Rose Olin and Lori Jeanne Olin filed a Claim on May 25, 2018, claiming a lien holder interest in the defendant property. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7. On October 11, 2018, escrow closed for the defendant property at 5420 Acme Avenue, Sacramento, CA, APN: 226-0080-019-0000, and the United States received a wire transfer in the amount of $103,415.53, which will be substituted in lieu of the real property. Tamra Rose Olin, Lori Jeanne Olin, and the City of Sacramento were paid in full through escrow. Tamra R. Olin and Lori J. Olin withdrew their Claim on November 8, 2018 [Dk. 48].

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Tamra Rose Olin and Lori Jeanne Olin, and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of John Youmin Li in the following defendant property shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law:

    a. Approximately $103,415.53 in net proceeds from the sale of defendant real property located at 5420 Acme Avenue, Sacramento, CA, APN: 226-0080-019-0000, plus any accrued interest.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any

way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as to those now known or disclosed. John Youmin Li waived the provisions of California Civil Code § 1542.

4. John Youmin Li waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the Complaint filed April 6, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 14th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE