Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholders

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080- 019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 6426 FUEGO WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0500- 013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 7625 MEADOWSTONE DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119- | Case No. 2:18-cv-00831-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDERS, BERNARD HORTON OR LENNETTE HORTON TRUSTEES, THE HORTON FAMILY TRUST DTD 9-10-1986 AND WAYNE E. STAHMER, LINDA K. STAHMER, TRUSTEES, THE STAHMER FAMILY TRUST DATED JUNE 4, 2002, AND MICHAEL WILKIE, TRUSTEE OF THE MICHAEL WILKIE TRUST DATED NOVEMBER 16, 2000**<br><br>Complaint Filed: April 6, 2018<br>Trial Date:      None Set |

1

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

| | |
|---|---|
| 0200-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 9543 TARBERT DR.IVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-017-0000 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 1165 QUAIL OAKS ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 046-033-010-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED 7960 TIERRA GLEN WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 043-0255-024-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between claimants, Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16,

2000 ("Lienholders" or "Claimants"), by and through the undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimants asserted a lienholder interest in the defendant property located at 9543 Tarbert Drive, Elk Grove, California 95758 (the "Tarbert Drive Property"), which maintains the following legal description:

The land described herein is situated in the State of California, County of Sacramento, City of Elk Grove, described as follows:

Lot 53, as shown on the Map entitled "Fox Meadows, Unit 2", filed for record April 11, 2001, in Book 283 of Maps, Page 10.

Excepting therefrom all Mineral, oil, gas and other hydrocarbon substances, lying below a depth of 500 feet from the surface of said land without, however, any right to use the surface of any other portion above a depth of 500 feet from the surface for any purposes whatsoever.

N/A

A.P.N.:116-1410-017-0000

2. The loan has since been satisfied and Claimants no longer have an interest in the Tarbert Drive Property.

3. Accordingly, Claimants hereby withdraw their claim filed in the above-

3

---

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

captioned case on June 14, 2018 [Dk. 22] and their answer filed in the above-captioned case on June 22, 2018 [Dk. 23] with respect to the Tarbert Drive Property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). The Tarbert Drive Property is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: March _1___, 2019        **GERACI LAW FIRM**

By:  /Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Non-Party Lienholders,
Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000

Date: March _1____, 2019        **MCGREGOR W. SCOTT**
United States Attorney

By:   /Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dated 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000 ("Lienholders" or "Claimants"), ("the Stipulation") and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimants' claim filed in the above-captioned case on June 14, 2018 [Dk. 22] is hereby deemed withdrawn.

3. Claimants' answer filed in the above-captioned case on June 22, 2018 [Dk. 23] is hereby deemed withdrawn.

4. Claimants are hereby deemed dismissed with prejudice from the above-captioned case.

**IT IS SO ORDERED.**

DATED: March 5, 2019

_____
UNITED STATES DISTRICT JUDGE