J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA 95814
(916) 442-1932

Attorney for First Life, LLC (Tri Dung Hoang)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED 7960 TIERRA GLEN WAY, SACRAMENTO CALIFORNIA, SACRAMENTO COUNTY, APN: 043-0255-024-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants. | No. 2:18-CV-00831-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER FIRST LIFE, LLC** |

IT IS HEREBY STIPULATED by and between Claimant First Life, LLC ("Claimant"), by and through attorney, J. Patrick McCarthy, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 7960 Tierra Glen Way, Sacramento, CA, APN: 043-0255-024-0000 ("Tierra Glen Property"), which maintains the following legal description:

LOT 84, AS SHOWN ON THE "PLAT OF SOUTH COUNTRY" IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, RECORDED IN BOOK 125 OF MAPS, MAP NO. 2, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED MAY 25, 1979 IN BOOK 79-05-25 PAGE 981 OFFICIAL RECORDS.

2. The loan has since been satisfied and Claimant no longer has an interest in the Tierra Glen Property.

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 29, 2018 [Document 9] and its Answer filed July 2, 2018 [Document 27] with respect to the Tierra Glen Property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). The Tierra Glen Property is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

Dated: April 25, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /S/ J. Patrick McCarthy for
KEVIN C. KHASIGIAN,
Assistant United States Attorney

Dated: April 25, 2019

/S/ J. Patrick McCarthy
J. PATRICK McCARTHY,
Attorney for Claimant

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by First Life, LLC ("Claimant") and Plaintiff, the United States of America ("Plaintiff"), by and through their respective counsel. For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation of Withdrawal of Claim and Answer by First Life, LLC is approved.

2. Claimant's claim filed in the above-captioned case on May 29, 2018 [Document 9] is hereby deemed withdrawn.

3. Claimant's Answer filed in the above-captioned case on July 2, 2018 [Document 27] is hereby withdrawn.

4. Claimant is hereby deemed dismissed with prejudice from the above-captioned case.

**IT IS SO ORDERED.**

Dated: April 29, 2019

_____
UNITED STATES DISTRICT JUDGE