Susan S. Gallant, Trustee
The Silverwood Family Trust
P.O. Box 19001
San Diego, CA 92159-0001
Telephone: (619) 618-5502

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6426 FUEGO WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0500-013-0000, INCLUDING ALL APPURTENCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00831-KJM-CKD<br><br>STIPULATION AND ORDER TO WITHDRAW CLAIM AND ANSWER OF LIENHOLDER, SUSAN S. GALLANT, TRUSTEE THE SILVERWOOD FAMILY TRUST |

**IT IS HEREBY STIPULATED** by and between claimant, Susan S. Gallant, Trustee of the Silverwood Family Trust, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 6426 Fuego Way, Elk Grove, CA, APN: 119-0500-013-0000 ("Defendant Fuego Way").

STIPULATION AND ORDER TO WITHDRAW CLAIM AND ANSWER OF LIENHOLDER

2. The loan has since been satisfied and Claimant no longer has an interest in the Defendant Fuego Way property.

3. Accordingly, Claimant hereby withdraws its Claim and Answer filed May 22, 2018 (Documents 4 and 5) in the above-captioned case with respect to the Defendant Fuego Way property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Fuego Way is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: April 30, 2019

By: /s/ Susan S. Gallant
SUSAN S. GALLANT, TRUSTEE

(Signature retained by AUSA Khasigian)

Date: May 16, 2019        McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

STIPULATION AND ORDER TO WITHDRAW CLAIM AND ANSWER OF LIENHOLDER

# **ORDER**

The Court has read and considered the Stipulation to Withdraw Claim and Answer by Susan S. Gallant, Trustee of the Silverwood Family Trust ("the Stipulation") by Claimant, Susan S. Gallant, Trustee, the Silverwood Family Trust ("Claimant"), and Plaintiff, United States of America, by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's Claim and Answer filed May 22, 2018 (Documents 4 and 5) in the above-captioned case are hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Date: May 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO WITHDRAW CLAIM AND ANSWER OF LIENHOLDER