| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00831-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Peggy Christensen, Trustee, by and through their respective counsel of record, as follows:

1. The pending action against only the real property located at 1165 Quail Oaks Road, Valley Springs, California, Calaveras County, APN: 046-033-010-000, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant real property, and for the

///

1

Stipulation and Order for Dismissal

commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 4/29/2019

McGREGOR W. SCOTT
United States Attorney

By /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/29/19

/s/ Edward T. Weber
EDWARD T. WEBER
Attorney for Claimant Peggy Christensen

(Signature retained by attorney)

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed April 6, 2018, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 1165 Quail Oaks Road, Valley Springs, California, Calaveras County, APN: 046-033-010-000, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

DATED: May 24, 2019.

_____
UNITED STATES DISTRICT JUDGE

2
Stipulation and Order for Dismissal