Richard J. Reynolds (SBN 89911)
E-mail:  rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Tel:  949.863.3363    Fax:  949.863.3350

Attorneys for Claimant
LC Equity Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:18-cv-00831-KJM-CKD |
| Plaintiff, | **STIPULATION AND WITHDRAWAL OF CLAIM AND ANSWER OF LC EQUITY GROUP, INC. [REAL PROPERTY LOCATED AT 7625 MEADOWSTONE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0200-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO]; ORDER** |
| v. | |
| REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 6426 FUEGO WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0500-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7625 MEADOWSTONE DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0200-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9543 TARBERT DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO | |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4873-9100-7041 v1

CASE NO.: 2:18-CV-00831-KJM-CKD
STIPULATION AND WITHDRAWAL OF
CLAIM AND ANSWER; ORDER

1  COUNTY, APN: 116-1410-017-0000,
   INCLUDING ALL APPURTENANCES
2  AND IMPROVEMENTS THERETO,

3  REAL PROPERTY LOCATED AT 1165
   QUAIL OAKS ROAD, VALLEY
4  SPRINGS, CALIFORNIA, CALAVERAS
   COUNTY, APN: 046-033-010-000,
5  INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
6

7  REAL PROPERTY LOCATED AT 7960
   TIERRA GLEN WAY, SACRAMENTO,
8  CALIFORNIA, SACRAMENTO
   COUNTY, APN: 043-0255-024-0000,
9  INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
10

11                                    Defendants.

12         IT IS HEREBY STIPULATED by and between claimant, LC Equity Group, Inc. "LC

13  Equity" and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned

14  counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

15         1.      Claimant asserted a lienholder interest in the defendant property located at 7625

16  Meadowstone Drive, Sacramento, California, Sacramento County, APN: 119-0200-015-0000 (the

17  "Subject Property").

18         2.      The loan has since been satisfied and Claimant no longer has an interest in the

19  Subject Property.

20         3.      Accordingly, Claimant hereby withdraws its claim filed May 29, 2018 [Dkt. 10] in

21  the above-captioned case with respect to the Subject Property.

22         4.      Additionally, Claimant hereby withdraws its answer filed May 29, 2018 (Dkt. 11]

23  in the above-captioned case with respect to the Subject Property.

24         5.      To the extent required under the Federal Rules of Civil Procedure, Rule 41(a),

25  Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the

26  Federal Rules of Civil Procedure, Rule 41(a).  Subject Property is the in rem defendant.

27         6.      Each party hereto is to bear its own costs.

28  ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4873-9100-7041 v1                - 2 -

CASE NO.: 2:18-CV-00831-KJM-CKD
STIPULATION AND WITHDRAWAL OF
CLAIM AND ANSWER; ORDER

7.   Claimant is hereby removed from the Service List for the above-captioned case.

Dated: January ____, 2023                      UNITED STATES ATTORNEY


By: _____
     Kevin Khasigian, Assistant United States
     Attorney
     Attorneys for Plaintiff United States of
     America

Dated: January 5, 2023                         BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Richard J. Reynolds
     Richard J. Reynolds
     Attorneys for Claimant
     LC EQUITY GROUP, INC.

## <u>ORDER</u>

The Court has read and considered the Stipulation of Withdrawal of Claim by Claimant LC Equity Group, Inc. ("the Stipulation") and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties").  For the reasons stated in the Stipulation and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.   The Stipulation is approved.

2.   Claimant's claim filed May 29, 2018 [Dkt. 10] in the above-captioned case is hereby deemed withdrawn.

3.   Claimant's answer filed May 29, 2018 [Dkt. 11] in the above-captioned case is hereby deemed withdrawn.

4.   Claimant is hereby deemed dismissed from the above-captioned case.

IT IS SO ORDERED.

Dated:   January 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4873-9100-7041 v1                 - 3 -        CASE NO.: 2:18-CV-00831-KJM-CKD
                                                    STIPULATION AND WITHDRAWAL OF
                                                    CLAIM AND ANSWER; ORDER