PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00831-DJC-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimant Yong Chen, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 6426 Fuego Way, Elk Grove, California, Sacramento County, APN: 119-0500-013-0000 ("defendant Fuego Way").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Fuego Way.  Thus, the stay would no longer be necessary for this property.[1]

The Silverwood Family Trust, Susan S. Gallant Trustee, filed a claim and an answer asserting a

---

[1] The case would remain stayed as to the other three *In Rem* Defendants.  This request is limited to defendant Fuego Way.

1

lienholder interest in defendant Fuego Way.  Claimant Yong Chen filed a claim and an answer asserting an interest in defendant Fuego Way.  No other party has filed a claim asserting an interest in defendant Fuego Way.

On or about December 26, 2018, escrow closed for defendant Fuego Way.  The Silverwood Family Trust, Susan S. Gallant Trustee, was paid in full through escrow.  The Silverwood Family Trust, Susan S. Gallant Trustee, withdrew their claim and answer on May 16, 2019.

The United States and claimant Yong Chen have reached a settlement regarding the net proceeds from the sale of the Fuego Way property.

Dated:  11/24/2024            PHILLIP A. TALBERT
                              United States Attorney

                        By:   /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney

Dated:  11/25/2024             /s/ J. Patrick McCarthy
                              J. PATRICK MCCARTHY
                              Attorney for claimant Yong Chen

                              (Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 6426 Fuego Way, Elk Grove, California, Sacramento County, APN: 119-0500-013-0000.

IT IS SO ORDERED

Dated:  November 26, 2024          /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE