PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>REAL PROPERTY LOCATED AT 5420 ACME AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0080-019-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | 2:18-CV-00831-DJC-CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

　　　　The United States and Claimant Zhaohuan Wang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 9543 Tarbert Drive, Elk Grove, California, Sacramento County, APN: 116-1410-017-0000 ("defendant Tarbert Drive").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Tarbert Drive.  Thus, the stay would no longer be necessary for this property.[1]

　　　　Claimant Zhaohuan Wang filed a claim and an answer asserting an interest in defendant Tarbert

---

[1] The case would remain stayed as to the other three *In Rem* Defendants.  This request is limited to defendant Tarbert Drive.

1

Drive. Bernard Horton or Lennette Horton Trustees, The Horton Family Trust dtd 9-10-1986, Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust dated June 4, 2002, and Michael Wilkie, Trustee of the Michael Wilkie Trust dated November 16, 2000 (hereafter "Bernard Horton claimants"), filed a claim and an answer asserting a lienholder interest in defendant Tarbert Drive. No other party has filed a claim asserting an interest in defendant Tarbert Drive.

On or about February 25, 2019, escrow closed for defendant Tarbert Drive. The Bernard Horton claimants were paid in full through escrow. The Bernard Horton claimants withdrew their claim and answer on March 6, 2019.

The United States and claimant Zhaohuan Wang have reached a settlement regarding the net proceeds from the sale of the Tarbert Drive property.

Dated: 11/24/2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/25/2024

/s/ J. Patrick McCarthy
J. PATRICK MCCARTHY
Attorney for claimant Yong Chen

(Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 9543 Tarbert Drive, Elk Grove, California, Sacramento County, APN: 116-1410-017-0000.

IT IS SO ORDERED

Dated: November 26, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE